■ In the Matter of JAMES V. G., a Child Alleged to be Abandoned. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JOSEPH G., Appellant. (Appeal No. 1.) [683 NYS2d 448] —Order unanimously affirmed without costs. Memorandum: Petitioner established by clear and convincing evidence that respondent failed to communicate with either his son or petitioner for the six-month period before the filing of the abandonment petition (see, Matter of Ariel C., 248 AD2d 976, lv denied 92 NY2d 801). Thus, Family Court properly determined that respondent's son was abandoned, transferred guardianship and custody of the child to petitioner and dismissed respondent's custody petition. We have examined respondent's remaining contention and conclude that it lacks merit. (Appeal from Order of Genesee County Family Court, Graney, J.—Terminate Parental Rights.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.

■ In the Matter of JOSEPH G., Appellant, v GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 2.) [684 NYS2d 449] —Order unanimously affirmed without costs. Same Memorandum as in Matter of James V. G. (256 AD2d 1191 [decided herewith]). (Appeal from Order of Genesee County Family Court, Graney, J.—Custody.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.